JUDGE HOLWELL

**08 CV 4848**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o AMD OIL SALES, LLC,

      Plaintiff,

- against -

M/V MSC MARIA PIA, her engines, boilers, tackle,
apparel, etc., *in rem*; MEDITERRANEAN SHIPPING
COMPANY *in personam*,

      Defendants.
-----------------------------------------------------------------X

2008 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**



RECEIVED MAY 23 2008 U.S.D.C. S.D.N.Y. CASHIERS

NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o AMD OIL SALES, LLC and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. AMD OIL SALES, LLC is not a publicly traded company.

Dated: New York, New York
      May 23, 2008
      299-688

                        CASEY & BARNETT, LLC
                        Attorneys for Plaintiff

                By: /s/ Gregory Barnett
                      Martin F. Casey (MFC-1415)
                      Gregory G. Barnett (GGB-3751)
                      317 Madison Avenue, 21st Floor
                      New York, NY 10017
                      (212) 286-0225