```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
 et al.

     Plaintiff,

 - against -

M/V MSC MARIA PIA etc et al.

     Defendants
------------------------------------------------------------X

08 Civ. 4848 (RJH)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

  **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
   July 15, 2008
   299-688

            CASEY & BARNETT, LLC
            Attorneys for Plaintiff

      By: *[signature]*
        Martin F. Casey (MFC-1416)
        317 Madison Avenue, 21st Floor
        New York, New York 10017
        (212) 286-0225

SO ORDERED:

*[signature]*
U.S.D.J.

```
RECEIVED
JUL 15 2008
CHAMBERS OF
RICHARD J. HOLWELL
```